## JONES v. GMRI, INC.

[355 N.C. 275 (2002)]

LORETTA JONES AND MICHAEL JONES v. GMRI, INC. AND RICH PRODUCTS
CORPORATION, INC.

No. 444PA01

(Filed 7 March 2002)

On writ of certiorari to review a unanimous, published decision of the Court of Appeals, 144 N.C. App. 558, —— S.E.2d —— (2001), finding no error in a judgment entered 7 January 2000 and an order entered 28 March 2000 by Lanning, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 13 February 2002.

*Crews & Klein, P.C., by Paul I. Klein and Katherine Freeman, for plaintiff-appellants.*

*Dean & Gibson, L.L.P., by Christopher J. Culp, for defendant-appellees.*

*Howard, Stallings, From & Hutson, P.A., by John N. Hutson, Jr., amicus curiae.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.